**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

| | |
|---|---|
| Robert Silbaugh, | : |
| | : |
| | : Civil Action No.: 1:10-cv-02637-ELH |
| Plaintiff, | : |
| v. | : |
| | : |
| Credit Acceptance Corp.; Law Office of Ross Gelfand; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

**NOTICE OF DISMISSAL AS TO DEFENDANT CREDIT ACCEPTANCE CORP. PURSUANT TO RULE 41**

Robert Silbaugh ("Plaintiff"), by Plaintiff's attorney, hereby withdraws Defendant Credit Acceptance Corporation from this action, pursuant to Fed. R. Civ. P. 41

Dated: January 28, 2011

    Respectfully submitted,
    By /s/ Forrest E. Mays
    Forrest E. Mays (Bar No. 07510)
    1783 Forest Drive, Suite 109
    Annapolis, MD  21401
    Telephone: (410) 267-6297
    Facsimile: (410) 267-6234
    Email: mayslaw@mac.com

    Of Counsel To
    LEMBERG & ASSOCIATES L.L.C.
    A Connecticut Law Firm
    1100 Summer Street, 3rd Floor
    Stamford, CT 06905
    Telephone: (203) 653-2250
    Facsimile:  (877) 795-3666
    ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 28, 2011, a true and correct copy of the foregoing Notice of Withdrawal of Defendant was served electronically by the U.S. District Court for the District of Maryland Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                    By /s/ Forrest E. Mays

                                        Forrest E. Mays