**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| Robert Silbaugh, | : |
| | : |
| | : Civil Action No.: 1:10-cv-02637-MJG |
| Plaintiff, | : |
| v. | : |
| | : |
| Law Office of Ross Gelfand; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITHOUT PREJUDICE**
**<u>PURSUANT TO RULE 41(a)</u>**

Robert Silbaugh ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: March 22, 2011

                                          Respectfully submitted,
                                          By\_/s/ Forrest E. Mays_____
                                          Forrest E. Mays (Bar No. 07510)
                                          1783 Forest Drive, Suite 109
                                          Annapolis, MD  21401
                                          Telephone: (410) 267-6297
                                          Facsimile: (410) 267-6234
                                          Email: mayslaw@mac.com

                                          <u>Of Counsel To</u>
                                          LEMBERG & ASSOCIATES L.L.C.
                                          A Connecticut Law Firm
                                          1100 Summer Street, 3rd Floor
                                          Stamford, CT 06905
                                          Telephone: (203) 653-2250
                                          Facsimile:  (877) 795-3666
                                          ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 22, 2011, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Maryland Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                          By  /s/ Forrest E. Mays

                                              Forrest E. Mays